| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>Court address:   7325 South Potomac Street<br>                             Englewood, Colorado 80112 | DATE FILED: November 17, 2022 10:19 AM<br>FILING ID: 1166C4804CD53<br>CASE NUMBER: 2022CV32131 |
| **Plaintiff:**     **ESTELLA ARGUELLO**<br><br>v.<br><br>**Defendants:  FAMILY DOLLAR STORES OF COLORADO, LLC** | |
| Attorney for Plaintiff:<br>Thomas A. Bulger, Reg. #29390<br>Silvern & Bulger, P.C.<br>363 South Harlan Street, Suite 205<br>Lakewood, Colorado 80226<br>Phone Number: 303-292-0044<br>Fax Number: 303-292-1466<br>e-mail: counsel@silvernbulger.com | Case No.:<br><br><br><br>Div.: |
| **COMPLAINT AND JURY TRIAL DEMAND** | |

COMES NOW the Plaintiff, Estella Arguello, by and through her undersigned counsel, Thomas A. Bulger, of Silvern & Bulger, P.C., and respectfully submits her Complaint and Jury Trial Demand and respectfully states as follows:

## PARTIES

1. Plaintiff, Estella Arguello, is a natural person and citizen of the State of Colorado, whose address is 4991 Hooker Street, Denver, Colorado 80221.

2. Defendant, Family Dollar Stores of Colorado, LLC is a foreign limited liability company which regularly conducts business in the State of Colorado. The Defendant's registered agent for service of process is the Corporation Service Company, 1900 West Littleton Boulevard, Littleton, Colorado 80120.

## JURISDICTION AND VENUE

3. Pursuant to the C.R.C.P. and/or other applicable case law, this Court has jurisdiction over Plaintiff's claims for personal injuries which arise out of an injury that occurred in the City of Denver, County of Adams, Colorado.

4. Pursuant to C.R.C.P. 98, venue is proper in this Court because the registered agents for Defendants is located in the County of Arapahoe, Colorado.

## STATEMENT OF THE FACTS

5. At all pertinent times, Plaintiff was an "invitee" at the store owned, managed and/or operated by the above-listed Defendant, within the meaning of Colorado law.

6. At all pertinent times, Defendant was responsible for the maintenance and condition of the store, and was a "landowner" within the meaning of Colorado law.

7. On or about November 21, 2020, Plaintiff was on Defendant's property located at 7067 Pecos Street, Denver, Colorado 80221, Colorado 80017, to purchase a food item.

8. Plaintiff rounded the corner to another aisle when she tripped and fell over a large box left at the end of the aisle.

9. As a result, Plaintiff injured both of her arms, left leg, hip, neck and experienced headaches as a result.

10. Plaintiff alleges that Defendant failed to take reasonable precautions to make the premises safe for Plaintiff and/or others. As a result, the area where Plaintiff was injured was unsafe and in a dangerous condition.

11. Upon information and belief, these conditions were present for a sufficient time such that Defendant knew or should have known of this dangerous condition but did not promptly correct the conditions and/or warn Plaintiff.

12. Plaintiff was injured as a result, including but not limited to the aforementioned injuries.

## FIRST CLAIM FOR RELIEF – PREMISES LIABILITY

13. Plaintiff incorporates and realleges by reference the previous paragraphs of this Complaint.

14. At all pertinent times, Defendant was a "landowner" of the subject premises within the meaning of the Colorado Premises Liability Act, C.R.S. §13-21-115, and therefore were responsible for any dangerous conditions on the property.

15. At all pertinent times, Plaintiff was an "invitee" as to the Defendant and the common areas of the subject premises within the meaning of the Colorado Premises Liability Act, C.R.S. §13-21-115.

16. On November 21, 2020, Defendant failed to engage in reasonable efforts to make the subject premises safe and consequently created and perpetuated an unreasonable risk of injury to persons lawfully on the premises such as Plaintiff.

17. On November 21, 2020, Defendant failed to use reasonable care in the inspection, management, and/or maintenance of the subject premises (as set forth herein) and in the operation of the activities on the premises and failed to correct and/or give adequate warning of the dangerous condition.

18. Defendant's wrongful conduct was the cause of Plaintiff's injuries and damages as set forth herein.

## DAMAGES

19. The Defendant's above-alleged wrongful conduct caused the injuries and damages to the Plaintiff, including but not limited to: Past and future economic damages, including but not limited to medical and related expenses; past and future non-economic damages, including but not limited to bodily injury of a serious and permanent nature, including the aggravation of pre-existing conditions; pain and suffering; inconvenience; emotional stress; anxiety; loss of enjoyment of life; impairment of the quality of life; and any and all other consequential losses arising from Defendants' wrongful conduct as provided by law.

## LEAVE TO AMEND

20. Plaintiff respectfully requests leave to amend her Complaint to add or delete any claims or parties after discovery reveals the facts regarding same, including but not limited to a claim for exemplary damages.

WHEREFORE, Plaintiff respectfully requests damages against the Defendant, individually, jointly and/or severally as follows:

A. Compensatory damages as proven.

B. Cost of suit according to law, including but not limited to expert witness fees.

C. Attorney fees according to law for attorney time expended as a result of any frivolous position which may be taken by Defendants, or on its behalf, during the course of this litigation, including but not limited to groundlessly denying negligence, or asserting any substantially groundless affirmative defense.

D. Interest pursuant to C.R.S. §13-21-101 and/or other provision of law.

E. Such other and further relief as the Court deems fit.

## **JURY DEMAND**

Plaintiff respectfully demands TRIAL BY A JURY OF SIX (6) in the above cause, on all issues so triable.

Respectfully submitted this 17th day of November, 2022.

SILVERN & BULGER, P.C.

_s/Thomas A. Bulger_
Thomas A. Bulger
Attorney for Plaintiff

Plaintiff's address:
4991 Hooker Street
Denver, Colorado 80221